In the Matter of the Petition of THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY et al., Appellants, to Vacate Assessments for Improving Vanderbilt Avenue East and Park Avenue in the City of New York.

THE CITY OF NEW YORK, Respondent.

*Matter of N. Y. C. & H. R. R. R. Co.*, 49 App. Div. 281, affirmed.
(Argued June 6, 1900; decided June 22, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 20, 1900, affirming an order of Special Term denying an application for the vacation of assessments for local improvements.

*Ira A. Place* and *Samuel E. Williamson* for appellants.

*John Whalen*, Corporation Counsel (*Theodore Connoly* and *George L. Sterling* of counsel), for respondent.

Order affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, VANN and CULLEN, JJ. Dissenting: HAIGHT and LANDON, JJ.

———

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM H. ALLEN, Appellant, *v.* BERNARD J. YORK et al., Composing the Board of Police Commissioners of the City of New York, Respondents.

*People ex rel. Allen* v. *York*, 48 App. Div. 611, affirmed.
(Submitted June 7, 1900; decided June 22, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, made March 13, 1900, affirming an order of Special Term denying an application for a peremptory writ of mandamus directing the board of police commissioners of the city of New York to reinstate the relator in the position of sergeant of police of said city.

*Joseph Fitch* for appellant.

*John Whalen, Corporation Counsel (William J. Carr* of counsel), for respondents.

Order affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, LANDON and CULLEN, JJ.